IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD EMMETT WARD, SR.,

       Petitioner,                    No. 2:13-cv-0009 JAM GGH P

     vs.

RICK HILL,

       Respondent.           ORDER

_____/

       Examination of this action and the court's records reveals that the petitioner has previously filed a petition for relief in the same matter.[1] (No. 2:05-cv-0817 GEB CMK.)[2] Pursuant to Local Rule 190(d), the above-captioned action will be reassigned to the Judge and Magistrate Judge who considered the prior petition.

       The parties should be aware that reassigning this action under Local Rule 190(d) merely has the result that the action is assigned to the Judge and Magistrate Judge who considered the prior petition; no consolidation of the actions is effected.

---

[1] A court may take judicial notice of court records. See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

[2] Although petitioner has erroneously listed the date of his conviction in the present case as January 17, 2012, his petition and attachments clarify that his conviction is the same one as that sought to be overturned in the previous case.

1

Accordingly, IT IS HEREBY ORDERED that:

1. This action is reassigned to Judge Garland E. Burrell, Jr. and Magistrate Judge Craig M. Kellison for all further proceedings; henceforth, the caption on documents filed in this action shall be shown as No. 2:13-cv-0009 GEB CMK; and

2. The Clerk of the Court shall make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

DATED: February 13, 2013

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:076/Ward0009.190.wpd