1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RICHARD EMMETT WARD, SR.,

11                  Petitioner,              No. 2:13-cv-0009 JAM GGH P

12        vs.

13   RICK HILL,

14                  Respondent.              ORDER

15   _____/

16            Examination of this action and the court's records reveals that the petitioner has

17   previously filed a petition for relief in the same matter.[1]  (No. 2:05-cv-0817 GEB CMK.)[2]

18   Pursuant to Local Rule 190(d), the above-captioned action will be reassigned to the Judge and

19   Magistrate Judge who considered the prior petition.

20            The parties should be aware that reassigning this action under Local Rule 190(d)

21   merely has the result that the action is assigned to the Judge and Magistrate Judge who

22   considered the prior petition; no consolidation of the actions is effected.

23   _____

24        [1]  A court may take judicial notice of court records.  See MGIC Indem. Co. v. Weisman,
     803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

25        [2]  Although petitioner has erroneously listed the date of his conviction in the present case
     as January 17, 2012, his petition and attachments clarify that his conviction is the same one as
26   that sought to be overturned in the previous case.

1

1          Accordingly, IT IS HEREBY ORDERED that:

2          1.  This action is reassigned to Judge Garland E. Burrell, Jr. and Magistrate Judge

3    Craig M. Kellison for all further proceedings; henceforth, the caption on documents filed in this

4    action shall be shown as No. 2:13-cv-0009 GEB CMK; and

5          2.  The Clerk of the Court shall make appropriate adjustment in the assignment of

6    civil cases to compensate for this reassignment.

7    DATED: February 13, 2013

8

9                      /s/ Gregory G. Hollows
             UNITED STATES MAGISTRATE JUDGE

10

11   GGH:076/Ward0009.190.wpd

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26