IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD EMMETT WARD, | No. 2:13-CV-0009-GEB-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| RICK HILL, | |
| Respondent. | |
| _____/ | |

      Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

      Petitioner seeks leave to proceed in forma pauperis (Doc. 3). Petitioner has submitted the affidavit required by 28 U.S.C. § 1915(a) showing that petitioner is unable to prepay fees and costs or give security therefor. The request will be granted.

      Petitioner seeks the appointment of counsel (Doc. 2). There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be

served by the appointment of counsel at the present time.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion for leave to proceed in forma pauperis (Doc. 3) is granted; and

2. Petitioner's motion for appointment of counsel (Doc. x) is denied without prejudice to renewal, at the earliest, after a response to the petition has been filed.

DATED: February 28, 2013

  _____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE